UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
AAN STANTON,

      Plaintiff,      Civil Action No. 08-CV-2774 (NRB)

   -against-       **RULE 7.1 STATEMENT**

KATHEY CURANAJ AND COBY GRAND
CONCOURSE, LLC.

      Defendants.
------------------------------------------------------------x

  Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrates of the Court to evaluate possible disqualification or recusal, the undersigned attorney of record for Defendant, Coby Grand Concourse, LLC, certifies that there are no corporate parents, subsidiaries or affiliates of Defendant which are publicly held.

Dated: New York, New York
   May 7, 2008

                 CLIFTON BUDD & DeMARIA, LLP
                 Attorneys for Defendants
            By: _____
                 Sheryl Ewart Sorensen (SS 1577)
                 Robert A. Sparer (RS 1355)
                 420 Lexington Avenue, Suite 420
                 New York, New York 10170
                 (212) 687-7410