UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
                                    :

AAN STANTON,                   :

                         :     08 Civ. 2774 (NRB)
           Plaintiff,    :

                         :     NOTICE OF INITIAL
     -v-                  :     PRETRIAL CONFERENCE

                         :

KATHEY CURANAJ and COBY GRAND    :
CONCROUSE, LLC,

                         :
          Defendants.    :

                        -X
----------------------------------------



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/9/08

NAOMI REICE BUCHWALD, District Judge:

    This action has been assigned to me for all purposes. The
parties are directed to appear for an initial pretrial conference
with the Court, at the time and place listed below. Further, the
parties are reminded that the Federal Rules of Civil Procedure were
amended, effective December 1, 2000, in a number of respects
relevant to pretrial proceedings. The parties (or counsel if a
party is represented) are directed to <u>confer</u> with each other prior
to the conference, preferably in person, regarding settlement and
the other subjects to be considered at Fed. R. Civ. P. 16(b) and
26(f) conferences, and to be prepared to report orally to the Court
on those subjects and to identify any discovery which must precede
meaningful settlement discussions. The disclosure and discovery
requirements of the amended rules will be addressed at the initial
conference.

    At least four (4) days prior to the date of the conference,
all parties must send the Court one copy of all <u>pleadings</u>.

    If this case has been settled or otherwise terminated, the
parties are not required to appear, provided that a stipulation of
discontinuance, voluntary dismissal, or other proof of termination
is delivered to the Court before the date of the conference.

    All conferences with the Court are scheduled for a specific
time; there is no other matter scheduled for that time; and the
parties are directed to <u>appear</u> <u>promptly</u> at the scheduled time.

    **The pretrial conferences must be attended by the plaintiff and
the attorney who will serve as principal trial counsel for the
defendant, and counsel must be authorized to settle the case and to**

**make other appropriate stipulations.**

Requests for an <u>adjournment</u> may be made only in writing and must be received not later than three business days before the conference. The written submission must (a) specify the reasons for the adjournment, (b) state whether the other parties have consented, and (c) indicate times and dates on succeeding Fridays when all the parties are available. Unless the parties are notified that the conference has been adjourned it will be held as scheduled.

**Date and place of conference: June 10, 2008 at 3:30 p.m. at the United States Court House, 500 Pearl Street, New York, New York, in Courtroom 21A.**

Parties are directed to consult this Court's <u>Individual Practices</u> with respect to communications with Chambers, adjournments, motions and related matters.

**SO ORDERED.**

**DATED:**     New York, New York
         May 8, 2008

NAOMI REICE BUCHWALD
United States District Judge