UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
AAN STANTON,

                Plaintiff,      : Civil Action No. 08-CV-2774 (NRB)

     -against-          : **NOTICE OF APPEARANCE**

KATHEY CURANAJ AND COBY GRAND
CONCOURSE, LLC.

                Defendants.
-----------------------------------------------------------x

    PLEASE TAKE NOTICE that the undersigned hereby appears in this action as counsel for Defendants.

Dated: New York, New York
       May 13, 2008

                                    Respectfully submitted,

                                    CLIFTON BUDD & DEMARIA, LLP

                                    By: _____
                                        Robert A. Sparer (RS-1355)
                                        Attorneys for Defendants
                                        420 Lexington Ave., Suite 420
                                        New York, New York 10170
                                        (212) 687-7410

TO:    Aan Stanton, *Pro se*
          409 West 147th Street
          New York, New York 10031
          (212) 644-1604

# AFFIDAVIT OF SERVICE BY FIRST CLASS MAIL

STATE OF NEW YORK    )
                                              )ss:
COUNTY OF NEW YORK  )

STEPHANIE M. SNYDER deposes and says:

I am not a party to the action; I am over 18 years of age; and I reside in Yonkers, New York.

On May 13, 2008 I served the within **NOTICE OF APPEARANCE** upon:

> Aan Stanton
> 409 West 147th Street
> New York, New York 10031

at the address designated for that purpose by depositing a true copy of same enclosed in a postage-paid, properly addressed wrapper in a depository under the exclusive care and custody of the United States Postal Service within the State of New York.

*Stephanie M. Snyder*
Stephanie M. Snyder

Sworn to before me this 13th
day of May, 2008

_____
Notary Public

SHERYL ANN EWART SORENSEN
Notary Public, State of New York
No. 02EW6138793
Qualified in Kings County
Commission Expires 12/27/2009