USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/9/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------X
AAN A. STANTON,

                    Plaintiff,

          - against -                          **O R D E R**

KATHEY CURANAJ and COBY GRAND CONCOURSE,       08 Civ. 2774 (NRB)
LLC,

                    Defendants.
------------------------------------------X
**NAOMI REICE BUCHWALD**
**UNITED STATES DISTRICT JUDGE**


     **WHEREAS** this case was filed pro se and seeks redress for

employment discrimination under Title VII of the Civil Rights Act

of 1964, 42 U.S.C. §§ 2000e to 2000e-17, ("Title VII") as well as

under New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297

and New York City Human Rights Law, N.Y. City Admin. Code §§ 8-101

to 131; and

     **WHEREAS** Title VII defines "employer" as "a person . . . who

has fifteen or more employees," 42 U.S.C. § 2000e(b); see Arbaugh

v. Y&H Corp., 546 U.S. 500 (2006); and

     **WHEREAS** at a pretrial conference on June 10, 2008 defendants'

counsel, Robert Sparer, Esq., represented to the Court and to

plaintiff that since its inception defendant Coby Grand Concourse

LLC has employed fewer than fifteen people; and

     **WHEREAS** the Court explained to plaintiff at the conference

that if Coby Grand Concourse LLC in fact employed fewer than

fifteen people then he would have to seek redress in another court; and

**WHEREAS** plaintiff was agreeable to dismissing the action without prejudice if Coby Grand Concourse LLC established that it did not have more than fifteen employees; and

**WHEREAS** defendants have submitted an affidavit averring that Coby Grand Concourse LLC has never employed 15 or more employees; it is hereby

**ORDERED** that this case is dismissed without prejudice to refiling in New York State court.

Dated:     New York, New York
           July 2, 2008

                                    NAOMI REICE BUCHWALD
                                    UNITED STATES DISTRICT JUDGE

       Copies of the foregoing Order have been mailed on this date to the following:

Aan A. Stanton
409 West 147th Street
New York, NY 10031

Robert Sparer, Esq.
Clifton Budd & DeMaria LLP
420 Lexington Avenue, Suite 420
New York, NY 10170